934 A.2d 1151

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Ian M. RUSSELL, Petitioner.**

**No. 116 EM 2007.**

Supreme Court of Pennsylvania.

Oct. 15, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of October, 2007, the Petition for Extraordinary Relief is denied.

934 A.2d 1152

**Edward A. BALL, Petitioner,**

v.

**PENNSYLVANIA BOARD OF PROBATION & PAROLE, Respondent.**

**No. 131 EM 2007.**

Supreme Court of Pennsylvania.

Oct. 15, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of October, 2007, the Application for Leave to File Original Process is granted and the Petition for Writ of Habeas Corpus is denied.